FILED
SUPERIOR COURT
OF GUAM

2025 FEB 26 AM 10: 40

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **JOHN P. POLITI,** | **DOMESTIC CASE NO. DM0366-23** |
| Plaintiff, | **and DM0359-23** |
| vs. | |
| **PAULINE A.S. MANUBAY,** | **DECISION AND ORDER** |
| Defendants. | **GRANTING PROTECTIVE ORDER** |
| **PAULINE A.S. MANUBAY,** | |
| Plaintiff, | |
| vs. | |
| **JOHN P. POLITI,** | |
| Defendants. | |

This matter came before the Honorable John C. Terlaje on February 25, 2025 as a result of Ms. Pauline A.S. Manubay's Ex Parte Motion for Protective Order. Present were Attorney Charles H. McDonald II on behalf of Ms. Pauline A.S. Manubay ("Ms. Manubay") and Attorney Joaquin C. Arriola, Jr. on behalf of Mr. John P. Politi ("Mr. Politi"). After hearing from both parties and reviewing the Motion, the Court hereby **GRANTS** a protective order rescheduling the date and time of her deposition, as well as the mediation currently scheduled for March 4, 2025, for good

cause based on Ms. Manubay's training and employment scheduled off island from February 27, 2025 through end of May 2025.

The Court will require deposition of Mr. Politi and Ms. Manubay, as well as the ordered mediation to be completed by June 16, 2025, giving Ms. Manubay two weeks from her planned return to Guam.

SO ORDERED, this __2/26__ , 2025.

HON. JOHN C. TERLAJE
Judge, Superior Court of Guam